*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                             4:07CR00163-002    SWW

THOMAS SCOTT MILLER

**ORDER**

Pending before the Court is a motion to continue the sentencing hearing previously scheduled for July 29, 2009, for the above defendant. The motion states that the government has no objection to the continuance. For the reasons stated in the motion, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the motion to continue the sentencing hearing [doc #166] for the above defendant shall be, and it hereby is, GRANTED.

The sentencing hearing is rescheduled for **WEDNESDAY, SEPTEMBER 16, 2009 at 1:00 p.m.**  *Pursuant to General Order No. 54, counsel for defendant is authorized to bring electronic device(s) into the courthouse for this proceeding.*

IT IS SO ORDERED this 29th day of June 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE